135 F.3d 766
 Steven Allen Shawley
v.
Kenneth Kyler, Superintendent, Arthur Auxer, Former Unit
Manager, Deputy Warden, Shaw, Sgt., Beaston, Lt., Cooney,
Lt., Carrichtner, C.O.I., Wirt, C.O.i., John Doe, C.O.I.,
Correctional Officers at SCI-Camp Hill, Joseph Lehman,
Former Commissioner Departmetn of Corrections, Horn,
Commissioner Department of Corrections, Jeffrey Beard,
Former Superintendent, Deputy Commissioner, L. Barrett,
Senior Deputy Attorney General, J.
 NO. 96-7400
 United States Court of Appeals,
Third Circuit.
 Dec 03, 1997
 Appeal From: M.D.Pa. ,No.95cv00521
 
 1
 Affirmed.